IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DIANE GEORGE BACA,

    Plaintiff,

v.

                                         No. 1:16-cv-01128-KRS

NANCY A. BERRYHILL, Acting
Commissioner of the Social Security
Administration,

    Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for Rehearing, with Supporting Memorandum (Doc. 22) in an opinion and order entered concurrently herewith, and pursuant to Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

                                                _____
                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE
                                                Presiding by Consent